AO 440 (Rev. 10/93) Summons in a Civil Action



# United States District Court
NORTHERN DISTRICT OF CALIFORNIA



JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES
OF THE REDWOOD EMPIRE ELECTRICAL WORKERS
HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE
ELECTRICAL WORKERS PENSION TRUST, JOINT
ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL
EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE
ELECTRICAL WORKERS WORK RECOVERY FUND,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

K.D.E. ELECTRIC, INC., a
California Corporation,

C08 04006 RMW

TO:   K.D.E. ELECTRIC, INC., a
California Corporation,
133 ELSBREE CIRCLE
WINDSOR, CA 95492

H R  S

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

SUE CAMPBELL
Attorney at Law
1155 North First Street, Suite 101
San Jose, CA 95112
(408) 277-0648

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
CLERK

AUG 21 2008
DATE

Betty J. Walton
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served: ...........................................................
....................................................................................................

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
    Name of person with whom the summons and complaint were left

☐  Returned unexecuted:

☐  Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                                                    *Signature of Server*

                                                                        _____
                                                                        *Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.