*E-FILED on  9/24/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST FUND,<br><br>            Plaintiffs,<br><br>     v.<br><br>K.D.E. ELECTRIC, INC., a California Corporation,<br><br>            Defendant. | Case No. C-08-04006 RMW<br><br><br><br>ORDER DISMISSING CASE<br><br><br>**[Re Docket No. 4]** |

On September 16, 2008, plaintiffs filed a request to dismiss the action without prejudice, stating that defendant has paid all monies requested in the complaint through July 2008.

Pursuant to plaintiffs' request, the court dismisses the complaint without prejudice. The Clerk shall close the file.

DATED:     9/24/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE—Case No. C-08-04006 RMW

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  Sue Campbell                suecampbell@att.net

4  **Counsel for Defendants:**

5  No appearance

6
7  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8
9

10  **Dated:**   9/24/08                              /s/ JG
                                            **Chambers of Judge Whyte**